IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARNIE LEIGH GRACEY, | § | |
| | § | No. 18, 2025 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2024-0394 |
| MARWAN AHMAD MOHAMMED | § | |
| ALBAWARDI, DLAYAL | § | |
| HOLDINGS, INC. f/k/a OASIS | § | |
| VENTURES-U.S., INC., OASIS | § | |
| DIRECT SEVEN, LLC, OWL | § | |
| CREEK RANCH LLC, FIRST | § | |
| ARIZONA PROPERTIES, LLC, | § | |
| NORTH STAR SEVEN LLC, | § | |
| TABLE TOP RANCH, LLC, | § | |
| TERRE DE BISON, L.L.C., | § | |
| KNOLLWOOD PROPERTY | § | |
| HOLDINGS LLC, WHITE PAPER | § | |
| LLC, TRANQUILITY HOLDINGS, | § | |
| L.L.C., SEPTEMBER HOLDINGS | § | |
| LLC, OMAYYAH L.L.C., LES | § | |
| VILLAS D'OMAYYAH LLC, and | § | |
| PARIS SUMMER LLC, | § | |
| | § | |
| Respondents Below, | § | |
| Appellee. | § | |

Submitted: July 9, 2025
Decided: July 16, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

This 16th day of July, 2025, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its December 13, 2024 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice